| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
| 2 | Annie S. Wang (SBN 243027)<br>J. Andrew Coombs, A Prof. Corp. |
| 3 | 517 East Wilson Avenue, Suite 202<br>Glendale, California 91206 |
| 4 | Telephone: (818) 500-3200<br>Facsimile: (818) 500-3201 |
| 5 | andy@coombspc.com |
| 6 | annie@coombspc.com |
| 7 | Attorneys for Plaintiff<br>Adobe Systems Incorporated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Adobe Systems Incorporated,
        Plaintiff,
   v.
Edward Hackim, an individual and d/b/a Ed Hackim Enterprises and Does 1 – 10, inclusive,
        Defendants.

Case No. C08 02440 MEJ

NOTICE OF INTERESTED PARTIES

CIVIL LOCAL RULE 3-16(c)(1)

Pursuant to Civil Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 7, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Hackim: Notice of Interested Parties — 1 —