| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
| 2 | Annie S. Wang (SBN 243027)<br>J. Andrew Coombs, A Prof. Corp. |
| 3 | 517 East Wilson Avenue, Suite 202<br>Glendale, California 91206 |
| 4 | Telephone: (818) 500-3200<br>Facsimile: (818) 500-3201 |
| 5 | andy@coombspc.com |
| 6 | annie@coombspc.com |
| 7 | Attorneys for Plaintiff<br>Adobe Systems Incorporated |

E-FILING

ADR

Filed
MAY 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C08 02440 MEJ

Adobe Systems Incorporated,

    Plaintiff,

v.

Edward Hackim, an individual and d/b/a Ed Hackim Enterprises and Does 1 – 10, inclusive,

    Defendants.

Case No.

PLAINTIFF'S DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 7, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

ORIGINAL