# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS, )<br>　　　　　　　　　　　　) <br>　　　　Plaintiff (s)　　) <br>　　v.　　　　　　　　　　 )<br>　　　　　　　　　　　　) <br>EDWARD HACKIM, et al., ) <br>　　　　　　　　　　　　) <br>　　　　Defendant (s)　　) <br>　　　　　　　　　　　　) | CASE NO. C-08-2440 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

　_x_　(1) One or more of the parties has requested reassignment to a United States District Judge, or

　____　(2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

　____　(3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

　　All previous hearing dates are hereby **VACATED.**

Dated: May 23, 2008

_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk