J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

Edward Hackim, an individual and d/b/a
Ed Hackim Enterprises
8615 O'Neil Rd.
Raleigh, North Carolina 27613

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>                    Plaintiff,<br>       v.<br><br>Edward Hackim, an individual and d/b/a Ed Hackim Enterprises and Does 1 – 10, inclusive,<br><br>                    Defendants. | Case No. CV 08-2440 CW<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1 |

PLAINTIFF, Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its counsel of record, Annie S. Wang, of J. Andrew Coombs, A P.C., and Defendant Edward Hackim, an individual and d/b/a Ed Hackim Enterprises ("Defendant"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Complaint was filed in the above-captioned matter on or about May 12, 2008;

WHEREAS Plaintiff caused the Summons and Complaint to be served on Defendant on or about June 4, 2008;

Adobe v. Hackim, et al.: Stip. to extend time 6-1                    - 1 -

WHEREAS Defendant's time to respond to the Complaint was to initially occur on or about June 24, 2008;

WHEREAS Adobe and Defendant are attempting to resolve the claims alleged in the Complaint herein;

WHEREAS providing Defendant additional time within which to move, plead or otherwise respond to the Complaint will enable the Parties to continue to engage in meaningful settlement discussions;

WHEREAS Defendant proposes to move, plead or otherwise respond to the Complaint in the event the Parties are unable to resolve this matter;

WHEREAS this Stipulation need not be approved by the Judge because the stipulation will not change or alter the day of any event or deadline already fixed by Court order pursuant to Local Rule 6-1; and

NOW, THEREFORE, Adobe and Defendant stipulate and agree that Defendant shall have through and until July 18, 2008, to respond to the Complaint.

DATED: June 27, 2008

J. Andrew Coombs, A Professional Corp.

/s/ Annie S. Wang
J. Andrew Coombs
Annie Wang
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: June 17, 2008

Edward Hackim, an individual and d/b/a Ed Hackim Enterprises

_____
Edward Hackim, an individual and d/b/a Ed Hackim Enterprises
Defendant, *in pro se*

Adobe v. Hackim, et al.: Stip. to extend time 6-1       - 2 -

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On June 27, 2008, I served on the interested parties in this action with the:

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1

for the following civil action:

<u>Adobe Systems Incorporated v. Hackim, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Edward Hackim, an individual and d/b/a Ed Hackim Enterprises 8615 O'Neil Rd. Raleigh, North Carolina 27613 | With Courtesy Copy to: W. Travis Barkley Barkley Law Offices, PC 5561 McNeely Dr., Suite 203 Raleigh, North Carolina 27612 |
|---|---|

Place of Mailing: Glendale, California
Executed on June 27, 2008, at Glendale, California.

                          _____/s/ Annie S. Wang_____
                                   Annie Wang